UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61240-CIV-SINGHAL

ALWALEED SALEH A. ALZUGHAIBI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "**Notice**"). (DE [15]). Having reviewed the Notice, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that all Plaintiff's claims are **DISMISSED**, with each party to bear their own attorney fees and costs. The Clerk of Court is respectfully directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF